UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL WENDELL HARRIS,<br><br>Petitioner<br><br>v.<br><br>MARTIN BITER, WARDEN,<br><br>Respondent. | Case No. CV 15-6431-PA (GJS)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all other documents filed in this action, and the Report and Recommendation of United States Magistrate Judge ("Report").  The time for filing Objections has passed, and no Objections have been filed with the Court.

The Court accepts the findings and recommendations set forth in the Report. Accordingly, **IT IS ORDERED** that the Petition is dismissed, with prejudice, as untimely.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATE: November 19, 2015    _____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE