JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL WENDELL HARRIS,<br>Petitioner<br>v.<br>MARTIN BITER, WARDEN,<br>Respondent. | Case No. CV 15-6431-PA (GJS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting the Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed, with prejudice, as untimely.

DATE: November 19, 2015

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE